UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN RODRIGUEZ,

                Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

Case No. C12-503-MJP

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's response, and the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's petition for writ of habeas corpus is **DENIED**, and this action is **DISMISSED** with prejudice; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 25th day of July, 2012.

                                              Marsha J. Pechman
                                              United States District Judge

ORDER OF DISMISSAL- 1